UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARREL A. DONTAY** | **CIVIL ACTION** |
| **VERSUS** | **NO.   06-2612** |
| **MICHAEL J. ASTRUE,** **COMMISSIONER OF SOCIAL SECURITY** | **SECTION "A" (4)** |

## O R D E R

The Court, having considered the complaint, the record and the applicable law, the Court finds that the ALJ's decision denying Darrel A. Dontay's request Disability Insurance Benefits is hereby **REVERSED** and **REMANDED**.  On remand, the ALJ must reassess, after suitable proceedings, the severity of claimant's symptoms including his pain, taking into account the entire record and obtaining any expert medical opinion needed to illuminate the medical records.  Further before simply applying the grid, the ALJ must consider the extent to which Dontay's exertional or non-exertional impairments may compromise his ability to perform light to sedentary work and utilize appropriate vocational resources.

August 27, 2007

_____
UNITED STATES DISTRICT JUDGE